UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VANESSA CARROLL

CIVIL ACTION

VERSUS

NO. 15-687-JWD-RLB

CAROLYN COLVIN, COMMISSIONER OF
THE SOCIAL SECURITY ADMINISTRATION

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 29, 2016, to which no objection was filed:

**IT IS ORDERED** that the Commissioner's decision is AFFIRMED and that Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on January 13, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**